IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CORY GLENN ROLAND, INDIVIDUAL<br>    *Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 9:21-CV-00254 |
| NACOGDOCHES COUNTY, TEXAS,<br>SALOMON LANDEROS, INDIVIDUAL,<br>JUSTIN CODY PIERCE, INDIVIDUAL,<br>AND JAY SMITH, INDIVIDUAL,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING PLAINTIFF'S CLAIMS
## AS TO DEFENDANTS NACOGDOCHES COUNTY, TEXAS,
## JUSTIN CODY PIERCE, INDIVIDUAL, AND JAY SMITH, INDIVIDUAL

Before the Court is Plaintiff's Stipulation of Dismissal. [Dkt. 60]. Plaintiff seeks to dismiss his causes of action currently pled against Defendants Nacogdoches County, Texas, Justin Cody Pierce, Individual, and Jay Smith, Individual, in this matter and requests that the Court grant a dismissal with prejudice of those claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that Plaintiff's claims as to Defendants Nacogdoches County, Texas, Justin Cody Pierce, Individual, and Jay Smith, Individual, are hereby **DISMISSED WITH PREJUDICE**. The only remaining claims pending now before the Court are Plaintiff's claims as to Defendant Salomon Landeros, Individual.

**SIGNED this 11th day of January, 2023.**

                                                        Michael J. Truncale
                                                        United States District Judge