IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CORY GLENN ROLAND, INDIVIDUAL | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. |
| NACOGDOCHES COUNTY, TEXAS, SALOMON LANDEROS, INDIVIDUAL, JUSTIN CODY PIERCE, INDIVIDUAL, AND JOSHUA TIPTON, INDIVIDUAL, | § § § § § § | 9:21-CV-00254-MJT |
| Defendants. | § | |

### DEFENDANT SALOMON LANDEROS'S
### CERTIFICATE OF WRITTEN DISCOVERY

Defendant SALOMON LANDEROS files this Certificate of Written Discovery, subject to which the below listed discovery was served, via electronic transmission, upon CORY GLENN ROLAND, by and through his attorneys of record, Paul V. Anderson, PAUL ANDERSON, PLLC, 601 North Street, Nacogdoches, Texas 75961.

### DISCOVERY SERVED

- *Defendant Salomon Landeros's Objections and Answers to Plaintiff First Request of Interrogatories; and*

- *Defendant Salomon Landeros's Objections and Responses to Plaintiff First Request of Production.*

[Signature on the next page]

Respectfully submitted,

**BLAIES & HIGHTOWER, L.L.P.**
420 Throckmorton Street, Suite 1200
Fort Worth, Texas 76102
(817) 334-0800 (Telephone)
(817) 334-0574 (Facsimile)

By: _____
GRANT D. BLAIES
State Bar No. 00783669
grantblaies@bhilaw.com

JAMES W. HRYEKEWICZ
State Bar No. 00784298
Email: jhryekewicz@bhilaw.com

ATTORNEYS FOR DEFENDANT
SALOMON LANDEROS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded to all attorneys of record named below via the Court's CM/ECF system on the 12th day of January, 2023:

| | |
|---|---|
| Paul V. Anderson | ____ FACSIMILE |
| Paul Anderson, PLLC | ____ U.S. FIRST CLASS MAIL |
| 601 North Street | ____ HAND DELIVERY |
| Nacogdoches, Texas 75961 | ____ CERTIFIED MAIL, RRR |
| paul@paulandersonlaw.com | _X_ ELECTRONIC TRANSMISSION |

_____
Of Blaies & Hightower, L.L.P.