IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CORY GLENN ROLAND, INDIVIDUAL | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. |
| v. | § § | 9:21-CV-00254-MJT |
| SALOMON LANDEROS, INDIVIDUAL, | § § § | |
| *Defendants.* | § § § § | JURY DEMANDED |

## NOTICE OF DEFENDANT SALOMON LANDEROS'S
## SECOND SUPPLEMENTAL DISCOVERY PRODUCTION

Please take notice that Defendant Salomon Landeros has provided Plaintiff, Cory Glenn Roland with second supplemental discovery production (LANDEROS 00063-00194) in compliance with the FEDERAL RULES OF CIVIL PROCEDURE.

[Signature on the next page]

Respectfully submitted,

**BLAIES & HIGHTOWER, L.L.P.**
420 Throckmorton Street, Suite 1200
Fort Worth, Texas 76102
817-334-0800 (telephone)
817-334-0574 (facsimile)

By: _____
GRANT D. BLAIES
State Bar No. 00783669
Email: grantblaies@bhilaw.com

JAMES W. HRYEKEWICZ
State Bar No. 00784298
Email: jhryekewicz@bhilaw.com

ATTORNEYS FOR DEFENDANT
SALOMON LANDEROS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the below-listed counsel of record by way of the Court's Electronic Case Filing system ("ECF") on this the 6th day of February, 2023:

| | |
|---|---|
| Paul V. Anderson | ____ FACSIMILE |
| Paul Anderson, PLLC | ____ U.S. FIRST CLASS MAIL |
| 601 North Street | ____ HAND DELIVERY |
| Nacogdoches, Texas 75961 | ____ CERTIFIED MAIL, RRR |
| paul@paulandersonlaw.com | _X_ ELECTRONIC TRANSMISSION |

_____
Of Blaies & Hightower, L.L.P.