IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CORY GLENN ROLAND, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 9:21-CV-254-MJT |
| NACOGDOCHES COUNTY, SALOMON LANDEROS, JUSTIN CODY PIERCE, AND JAY SMITH | § § § § § | |
| *Defendants*. | § | |

**MEMORANDUM ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [Dkt. 132]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred [Dkt. 129] Plaintiff's Motion for Partial Summary Judgment [Dkt. 99] to Magistrate Judge Christine L. Stetson for consideration and disposition. On May 28, 2024, Judge Stetson entered a Report and Recommendation [Dkt. 132] advising the Court to deny the motion as there were material fact questions precluding summary judgment. No party filed objections to the Report and Recommendation and the time to do so has passed. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 132] is ADOPTED. Plaintiff's Motion for Partial Summary Judgement [Dkt. 99] is DENIED.

IT IS SO ORDERED.

**SIGNED this 14th day of June, 2024.**

_____
Michael J. Truncale
United States District Judge