IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CORY GLENN ROLAND, INDIVIDUAL | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. |
| | § | |
| NACOGDOCHES COUNTY, TEXAS, | § | 9:21-CV-00254-MJT |
| SALOMON LANDEROS, INDIVIDUAL, | § | |
| JUSTIN CODY PIERCE, INDIVIDUAL, | § | |
| AND JOSHUA TIPTON, INDIVIDUAL, | § § | |
| *Defendants.* | § § | |

## JOINT NOTICE OF SETTLEMENT

TO:   THE HONORABLE MICHAEL J. TRUNCALE, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

Plaintiff Cory Glenn Roland and Defendant Salomon Landeros hereby through counsel and pursuant to Local Rule 16.4, file their Joint Notice of Settlement.

The parties above hereby notify the Court that the parties have reached a settlement of the case and no longer need to proceed to trial on Monday, August 19, 2024.

|  | Respectfully submitted, |
|---|---|
| **PAUL ANDERSON, PLLC** | **BLAIES & HIGHTOWER, L.L.P.** |
| 601 North Street | 100 Throckmorton Street, Suite 1400 |
| Nacogdoches, Texas 75961 | Fort Worth, Texas 76102 |
| 936.305.5600 – Tel | 817.334.0800 - Telephone |
| paul@paulandersonlaw.com | 817.334.0574 - Facsimile |
| By: /s/ *Paul Anderson* with permission | By: *James W. Hryekewicz* |
|     Paul V. Anderson |     GRANT D. BLAIES |
|     State Bar No. 24089964 |     State Bar No. 00783669 |
|  |     Email: grantblaies@bhilaw.com |
| Ken W. Good |     JAMES W. HRYEKEWICZ |
| State Bar No. 08139200 |     State Bar No. 00784298 |
| **THE GOOD LAW FIRM** |     Email: jhryekewicz@bhilaw.com |
| Law Office of Ken W. Good, PLLC |  |
| 5604 Old Bullard Road, Suite 102 | COUNSEL FOR DEFENDANT |
| Tyler, Texas 75703 |  |
| 903.579.7500 – Tel |  |
| Kengood45@gmail.com |  |
| COUNSEL FOR PLAINTIFF |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served upon the below-listed counsel of record through the Court's Electronic Case Filing System ("ECF"), on this the 15th day of August, 2024:

| | |
|---|---|
| Paul V. Anderson<br>PAUL ANDERSON, PLLC<br>601 North Street<br>Nacogdoches, Texas 75961<br>paul@paulandersonlaw.com | ____ FACSIMILE<br>____ U.S. FIRST CLASS MAIL<br>____ HAND DELIVERY<br>____ CERTIFIED MAIL, RRR<br> X   ELECTRONIC TRANSMISSION |
| Ken W. Good<br>State Bar No. 08139200<br>**THE GOOD LAW FIRM**<br>Law Office of Ken W. Good, PLLC<br>5604 Old Bullard Road, Suite 102<br>Tyler, Texas  75703<br>903.579.7500 – Tel<br>Kengood45@gmail.com | ____ FACSIMILE<br>____ U.S. FIRST CLASS MAIL<br>____ HAND DELIVERY<br>____ CERTIFIED MAIL, RRR<br> X   ELECTRONIC TRANSMISSION |

　　　　　　　　　　　　　　　　　　　　　　 /s/ *James W. Hryekewicz*
　　　　　　　　　　　　　　　　　　　　　　James W. Hryekewicz