IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CORY GLENN ROLAND, INDIVIDUAL<br>*Plaintiff,* | §<br>§<br>§ | |
| | § | CIVIL ACTION NO. 9:21-CV-00254 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| SALOMON LANDEROS, INDIVIDUAL,<br>*Defendant.* | §<br>§<br>§ | |

**ACKNOWLEDGMENT OF STIPULATION OF**
**AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Parties have filed an Agreed Stipulation for Dismissal with Prejudice [Dkt. 155] in this matter. Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to all claims filed herein effective the date of the Parties' stipulation.

Each Party shall bear its own attorneys' fees and costs. All pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 25th day of September, 2024.**

_____
Michael J. Truncale
United States District Judge